UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED   CLERK
U.S. DISTRICT COURT

05 JUL 27 PM 3: 15

TX EASTERN - BEAUMONT

BY _Petoria Bell_

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | NO. 9:03-CR-50-1 |
| ODIS LEWIS | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court heretofore ordered that this matter be referred to the Honorable Earl S. Hines,

United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable

laws and orders of this court.  The court has received and considered the Report of the United

States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all

available evidence.

At the close of the revocation hearing, defendant, defense counsel and counsel for the

government, each signed a standard form waiving their right to object to the proposed findings

and recommendations contained in the magistrate judge's report, consenting to revocation of

supervised release and imposition of the sentence recommended therein, and waived their right to

be present with counsel and to speak at sentencing.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are

correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and defendant's

supervised release is **REVOKED**.  Judgment and commitment will be entered separately, in

accordance with the magistrate judge's recommendations.

SIGNED this _2 br_ day of _Jul_ , 2005.


_____

Ron Clark
United States District Judge

2